### Rogers v. Tracy.

An action of *indebitatus assumpsit* for the rents and profits of land, is not within the Statute of Frauds and Perjuries.

Indebitatus Assumpsit for the rents and profits of five acres of land from March A. D. 1788 to March 1789, worth £30. Plea in bar — The Statute to Prevent Frauds and Perjuries.

Judgment — Plea insufficient. The consideration is an actual reception of the profits, upon which the law implies *ex aequo et bono*, an obligation to pay and the rents and profits are not any interest in lands. Besides, it is an agreement executed on the part of the plaintiff; and so not within the statute. Brown and wife v. Clark. The wife when sole, sold her land to Clark for £14; gave a deed and took no security for the pay, but his parol promise, which he afterwards refused to perform. An action of *assumpsit* was brought for the money, and a recovery had, which was affirmed by the judgment of the adjourned Superior Court in A. D. 1777 upon a writ of error, upon the principle that the agreement was executed on one part, which took it out of the statute. 1 Bac. Abridg. title Agreement; Gilb. Court of Chancery.